STATE OF CONNECTICUT *v.* ALLEN R. BARNES

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Albert S. Bill, Jr.,* in support of the petition.

*John J. Devine, Jr.,* assistant prosecuting attorney, in opposition.

Submitted August 29—decided October 10, 1967

STATE OF CONNECTICUT *v.* QUEENIE K. ENGELHARDT

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*John A. Spector,* in support of the petition.

Submitted September 11—decided October 10, 1967

ANTHONY FERREIRA ET AL. *v.* RONALD STORMS, ADMINISTRATOR (ESTATE OF ROBERT T. MISKA), ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

The motion by the plaintiffs to amend their appeal from the Court of Common Pleas in Hartford County is granted.

*William W. Sprague,* with whom was *James T. Haviland II,* for the appellees (defendants).

*Valentine J. Sacco,* with whom was *Thomas J. Sullivan,* for the appellants (plaintiffs).